Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
JAMES A. TURPIN

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES A. TURPIN | ) Case No.:  2:16-cv-01695-RFB-PAL |
| | ) |
| Plaintiff, | ) STIPULATION TO EXTEND TIME |
| v. | ) TO FILE MOTION FOR REVERSAL |
| | ) AND/OR REMAND |
| NANCY A. BERRYHILL,  Acting | ) |
| Commissioner of Social Security. | ) (FIRST REQUEST) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

    Plaintiff James A. Turpin and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time to May 11, 2017 for Plaintiff to file Plaintiff's Motion for Reversal and/or Remand; and that Defendant shall have until June 12, 2017, to file her opposition, if any is forthcoming.  Any reply by plaintiff will be due July 3, 2017.

///

///

-1-

1    As the Court is aware, after a 5 year battle with terminal stage 4 cancer

2   Plaintiff's Counsel's Spouse of the associate, who this matter is assigned to, passed

3   away on September 30, 2016.  The aftermath of this traumatic event on both

4   Counsel and his 9 year old son and 7 year old daughter was immeasurable.

5   Compounding the impact of this loss is the fact that Counsel's spouse was a former

6   employee at Counsel's Law Firm and her death was far reaching in its impact on

7   Counsel's professional life as well.  Due to the death, the subsequent holiday

8   period, and the need to find a permanent caregiver and the required time to

9   acclimate his children to that presence during his absence to meet his professional

10   obligations, Counsel requires the additional time to prepare and file her motion for

11   summary judgment.

12    Counsel for plaintiff does not anticipate this extraordinary request for more

13   time to become the rule and recognizes it is the extraordinary exception and

14   sincerely apologizes to the court for any inconvenience this may have had upon it

15   or its staff.

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

DATE: March 8, 2017                    Respectfully submitted,

                                       LAWRENCE D. ROHLFING

                                            /s/ *Cyrus Safa*

                            BY: _____
                                       Cyrus Safa
                                       Attorney for plaintiff Mr. James A. Turpin


DATE:  March 8, 2017                   Daniel G. Bogden
                                       United States Attorney



                                            /s/ *Jeffrey T. Chen*

                            BY: _____
                                       Jeffrey T. Chen
                                       Special Assistant United States Attorney
                                       Attorneys for defendant Nancy A. Berryhill
                                       |*authorized by e-mail|


DATED:

IT IS SO ORDERED:

                                       RICHARD F. BOULWARE, II
                                       United States District Judge
                                       DATED this 9th day of March, 2017.

1

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER  2:16-CV-01695-RFB-PAL**

2

3      I hereby certify that I electronically filed the foregoing with the Clerk of the

4   Court for this court by using the CM/ECF system on March 8, 2017.

5      I certify that all participants in the case are registered CM/ECF users and

6

7   that service will be accomplished by the CM/ECF system.

8                                   */s/ Cyrus Safa*

9                                   _____

10                                  Cyrus Safa
                                    Attorneys for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26