# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAMES A TURPIN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | Case No. 2:16-cv-01695-RFB-PAL<br><br>ORDER |

Before the Court is Plaintiff's Petition for Attorney Fees and the parties' Stipulation for the Award and Payment of Attorney Fees. ECF Nos. 26, 27. For the reasons stated in the Petition and Stipulation, the Court finds that the requested fees are reasonable pursuant to 28 U.S.C. § 2412(d).

**IT IS ORDERED** that [27] Stipulation for the Award and Payment of Attorney Fees is GRANTED. Counsel Cyrus Safa is awarded attorney fees in the amount of $4,744.59. **IT IS FURTHER ORDERED** that [26] Petition for Attorney Fees is DENIED as moot.

DATED: March 8, 2019.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**