AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

James A Turpin,

           Plaintiff,

v.

Commissioner of Social Security,

           Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:16-cv-01695-RFB-PAL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

The Court awards $10,268.00 to Counsel Marc V. Kalagian, which shall be made payable to Law Offices of Lawrence D. Rohlfing.

1/19/2023
Date

DEBRA K. KEMPI
Clerk

/s/ K. Ferris
Deputy Clerk